UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DEBORAH DONOGHUE *et al.*,

                                    Plaintiffs,

                -v-

LEONARD M. TANNENBAUM *et al.*,

                                    Defendants.

21 Civ. 4770 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

       The Court has reviewed defendants' letter of September 15, 2021, Dkt. 32, and plaintiffs' response of today, Dkt. 33, addressing several requests by the defense: to stay discovery pending resolution of the motion to dismiss; for a pretrial conference to discuss the stay application; and to adjourn the initial pre-trial conference scheduled for October 1, 2021, at 3pm. The Court will take up defendants' application for a stay of discovery at the October 1, 2021 conference, which remains as scheduled. There is no need to hold a conference before that date.

       SO ORDERED.

                                                        *Paul A. Engelmayer*
                                                    PAUL A. ENGELMAYER
                                                    United States District Judge

Dated:   September 16, 2021
            New York, New York