**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------X
DEBORAH DONOGHUE and MARK
RUBENSTEIN,

                    Plaintiffs,

-against-                                                                                              21 CIVIL 4470 (PAE)

                                                                                         **JUDGMENT**

OAKTREE SPECIALTY LENDING CORP.,
                Nominal Defendant,

and LEONARD M. TANNENBAUM,,

                      Defendant.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated April 25, 2022, Tannenbaum's motion for summary judgment is granted and plaintiffs' mirror-image motion is denied; accordingly, the case is closed.

**Dated:** New York, New York

      April 26, 2022

                                                                      **RUBY J. KRAJICK**
                                                                         **Clerk of Court**
                                     **BY:**                   K. Mango
                                                                         **Deputy Clerk**