

**WALDEN MACHT & HARAN** LLP

250 Vesey Street
27th Floor
New York, NY 10281

wmhlaw.com
T: 212-335-2030
F: 212-335-2040

August 28, 2023

**VIA ECF**

Hon. Paul A. Engelmayer
U.S. District Court for the
Southern District of New York
40 Foley Square, Room 2201
New York, NY 10007

Re:   *Donoghue et al. v. Tannenbaum et al.*, No. 21-cv-04770

Dear Judge Engelmayer:

    We represent Defendant Leonard M. Tannenbaum in the above-captioned matter and we write to respectfully request that the Court reschedule the case management conference now scheduled for September 21, 2023, due to a personal (family-related) conflict. Counsel for Plaintiffs and counsel for Nominal Defendant consent to this request. Counsel for all parties are available September 18–20, 2023 as well as on September 26 and September 28, 2023. There have been no previous requests for an adjournment.

Respectfully submitted,

Jeffrey A. Udell
*Attorneys for Defendant Leonard M. Tannenbaum*

cc:   Counsel of Record (via ECF)

---

Granted. The case management conference is rescheduled to Tuesday, September 19, 2023 at 3:30 p.m. All other deadlines remain in place. SO ORDERED.

_____
**PAUL A. ENGELMAYER**
**United States District Judge**
August 29, 2023