UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DEBORAH DONOGHUE and
MARK RUBENSTEIN,

                                    Plaintiffs,

                    -v-

OAKTREE SPECIALTY LENDING CORP.,

                              Nominal Defendant,

and LEONARD M. TANNENBAUM,

                              Defendant.

21 Civ. 4770 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

On September 19, 2023, the Court held a case management conference. At the conference, the Court resolved several discovery disputes, as reflected in the transcript of the conference.

The Court also set the following schedule regarding the anticipated motion(s) for summary judgment:

- November 1, 2023: Deadline for completion of fact discovery.
- November 15, 2023: Deadline for joint stipulation of facts.
- November 22, 2023: Opening brief in support of motion for summary judgment.
- December 8, 2023: Brief in opposition.
- December 15, 2023: Reply brief.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: September 26, 2023
       New York, New York

2