UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DEBORAH DONOGHUE and MARK RUBENSTEIN

Plaintiffs,

-v-

OAKTREE SPECIALTY LENDING CORPORATION

Nominal Defendant,

LEONARD M. TANNENBAUM

Defendant.

21 Civ. 4770 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

On October 28, 2023, plaintiff Deborah Donoghue's counsel filed a suggestion of death of Deborah Donoghue. Dkt. 91. That same day, Dennis Donoghue, her husband, acting in his capacity as the Administrator with limitations of Deborah Donoghue's non-probate estate filed a motion to substitute him as plaintiff in this case under Federal Rule of Civil Procedure 25(a)(1). Dkt. 94. The court directed defendants to file a response, if any, to the motion by November 3, 2023. The deadline for defendants to file a response has passed. The Court hereby grants the motion to substitute plaintiff Deborah Donoghue with her husband Dennis Donoghue.

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: November 21, 2023
New York, New York