

250 Vesey Street
27th Floor
New York, NY 10281

wmhlaw.com
T: 212-335-2030
F: 212-335-2040

January 17, 2024

**Via ECF**
Hon. Paul A. Engelmayer
U.S. District Judge
U.S. District Court for the Southern District of New York
40 Foley Square, Room 2201
New York, NY 10007

Re:   ***Donoghue et al. v. Tannenbaum et al.*, No. 21-cv-4770**

Dear Judge Engelmayer:

Defendant Leonard M. Tannenbaum ("Tannenbaum") respectfully submits this letter motion, pursuant to Rule 4.B.2. of Your Honor's Individual Rules and Practices in Civil Cases, for approval to redact certain information from Tannenbaum's Response to Plaintiffs' Rule 56.1 Statement of Additional Facts (the "Response"). The reason for this request is that the portions of the Response to be redacted quote confidential Oaktree Specialty Lending Corporation meeting minutes currently under seal (Dkts. 113-4, 113-5, and 113-6) pursuant to the Court's Memo Endorsement, dated January 5, 2024 (Dkt. 124).

Respectfully submitted,

*Christopher Dioguardi*
Christopher J. Dioguardi
*Attorneys for Defendant Leonard M. Tannenbaum*

cc:   Counsel of Record (via ECF)


SO ORDERED.

*Paul A. Engelm*
_____
PAUL A. ENGELMAYER
United States District Judge
January 22, 2024