UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DENNIS DONOGHUE, *et al.*,

                                    Plaintiffs,

-v-

OAKTREE SPECIALTY LENDING CORPORATION,

                                  Nominal Defendant,

*and* LEONARD M. TANNENBAUM,

                                  Defendant.

21 Civ. 4770 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

      Earlier today, the Court denied defendant's motion for summary judgment. Dkt. 132. The Court's intention is to promptly schedule the trial in this case. The Court directs the parties promptly to confer, and, by **June 27, 2024**, to submit a joint letter estimating the length of a jury trial and identifying any dates between August 5, 2024 and November 22, 2024 that are categorically unavailable due to preexisting commitments. The Court further directs the parties, by **July 15, 2024**, to submit a joint pretrial order consistent with the Court's Individual Rules governing jury trials. Any motions *in limine* are due on the same date as the joint pretrial order; opposition briefs are due one week later.

      SO ORDERED.

                                                    *Paul A. Engelmayer*
                                                    PAUL A. ENGELMAYER
                                                    United States District Judge

Dated: June 20, 2024
           New York, New York