UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DENNIS DONOGHUE, *et al.*,

Plaintiffs,

-v-

OAKTREE SPECIALTY LENDING CORPORATION,

Nominal Defendant,

*and* LEONARD M. TANNENBAUM,

Defendant.

21 Civ. 4770 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

The Court thanks the parties for their recent letter identifying possible dates for trial.

Dkt. 134. Trial in this case will begin on **September 9, 2024,** a date convenient for all. The

final pretrial conference will occur on **September 4, 2024 at 2 p.m.** in Courtroom 1305 at the

Thurgood Marshall U.S. Courthouse, 40 Centre Street, New York, New York 10007.

Per the parties' request, the Court extends the deadline for the joint pretrial order and any

motions *in limine* to July 26, 2024, with replies due on August 9, 2024.

SO ORDERED.

*Paul A. Engelmayer*

Paul A. Engelmayer
United States District Judge

Dated: June 27, 2024
       New York, New York

1